IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA


ERIC DICKERSON,                        )
        Plaintiff,                     )
                                       )
    V.                                 )          Civil Action No. 06-289 Erie
                                       )
MARILYN S. BROOKS,                     )
        Defendants.                    )


ORDER

_____AND NOW, this 14th day of June, 2007, the Plaintiff having filed an appeal of

the Magistrate Judge's Order dated May 16, 2007, (Document No. 56)

IT IS HEREBY ORDERED that said appeal is DENIED and the Order of the

Magistrate Judge be and hereby is AFFIRMED.


                                       S/Sean J. McLaughlin
                                       Sean J. McLaughlin
                                       United States District Judge


cc: all parties of record.nmk