IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERIC DICKERSON,<br>      Plaintiff, | )<br>)<br>) | |
| V. | ) | Civil Action No. 06-289 Erie |
| MARILYN S. BROOKS,<br>      Defendants. | )<br>)<br>) | |

ORDER

      AND NOW, this 10th day of July, 2007, the Plaintiff having filed a Motion to Reconsider (Document No. 64)

      IT IS HEREBY ORDERED that said Motion is DENIED

      S/Sean J. McLaughlin
      Sean J. McLaughlin
      United States District Judge

cc: all parties of record.nmk