IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ERIC DICKERSON, )
        Plaintiff, )
        v. ) Civil Action No. 06-289 Erie
SUPERINTENDENT MARILYN S. BROOKS, et al., )
        Defendants. )

## **MEMORANDUM ORDER**

This civil rights action was received by the Clerk of Court on December 7, 2006, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's oral Report and Recommendation [Doc. No. 93], entered on the record on November 16, 2007, recommended that Plaintiff's Motion of Retaliation, construed as a Motion for Preliminary Injunction [Doc. No. 80] be denied. The parties were allowed ten (10) days from the date of service to file objections. Plaintiff filed objections on November 21, 2007 [Doc. No. 89]. After de novo review of the motion and documents in the case, together with the oral Report and Recommendation and objections thereto, the following order is entered:

AND NOW, this 7th day of December, 2007;

IT IS HEREBY ORDERED that Plaintiff's Motion for Preliminary Injunction [Doc. No. 80] is DENIED.

The oral Report and Recommendation [Doc. No. 93] of Magistrate Judge Baxter, entered on the record on November 16, 2007, is adopted as the opinion of the Court.

                              s/ Sean J. McLaughlin
                              United States District Judge

cm: All parties of record
      Susan Paradise Baxter, U.S. Magistrate Judge